THOMAS EMERSON, JOSEPH EMERSON AND STEPHEN MACK,
MERCHANTS IN COMPANY UNDER THE FIRM
OF THOMAS EMERSON & CO.

v.

DENNIS CAMPAU

1811

### Journal Entries

1. Declaration filed; plea; issue; continuance   .   .   *Journal, infra,* \*p. 361

### Papers in File

1. Precipe for capias   .   .   .   .   .   .   .   .   .   .   . *Printed in Vol. 2*
2. Capias and return   .   .   .   .   .   .   .   .   .   .   . "
3. Declaration   .   .   .   .   .   .   .   .   .   .   .   . "

JOHN McDONELL

v.

JAMES HENRY

1811

### Journal Entries

1. Declaration filed; plea; issue; continuance   .   .   *Journal, infra,* \*p. 361

### Papers in File

1. Precipe for capias   .   .   .   .   .   .   .   .   .   .   .   .   .   .
2. Capias and return   .   .   .   .   .   .   .   .   .   .   .   .   .   .
3. Declaration   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .